# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ROKIT WORLD, INC, ET AL | }<br>}<br>} |
| Plaintiffs | }<br>} |
| v. | } **Case Number: 3:24-cv-879-WWB-** |
| | } **PDB** |
| ROCKETBALL, LTD et al | }<br>} |
| Defendants. | }<br>}<br>} |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY

1

Plaintiffs ROKiT World, Inc. ("RWI") Jonathan Kendrick ("Mr. Kendrick") hereby submit the following in opposition to Defendants Rocketball Ltd (the "Rockets") Amended Motion for Leave to Reply to Plaintiffs' Response to Motion to Dismiss, ECF No. 38, and Rocco Magni ("Magni") and Susman Godfrey LLP's ("Susman") Amended Motion for Leave to File Reply. ECF No. 37.

Defendants are not entitled to a reply as a matter of right pursuant to Local Civil Rule 3.01(d), and as such there should be a presumption that a reply brief is not allowed. This is particularly true, given the circumstances here where the Defendants are seeking a "reply" to address many arguments that they have already raised in their initial Motion to Dismiss or could have raised in their initial Motion to Dismiss, such as the alleged personal jurisdiction issue. A reply brief cannot be used as a tool to skirt the page limits imposed by local rules under LCvR 3.01(b). However, should the Court grant the Defendants leave to file a reply, Plaintiffs respectfully request that a commensurate surreply be granted in the interest of justice and fundamental fairness.

Dated:    February 18, 2025                                    Respectfully Submitted,

                                                              By:/s/ Larry Klayman
                                                              Larry Klayman, Esq.
                                                              Florida Bar No.: 246220
                                                              Klayman Law Group P.A.
                                                              7050 W. Palmetto Park Rd
                                                              Boca Raton, FL, 33433
                                                              Tel: 561-558-5536
                                                              leklayman@gmail.com

                                                              *Counsel for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

    I, Larry Klayman, hereby certify that on this day, February 18, 2025, the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                                    */s/ Larry Klayman*